1  Brian H. Kim  (State Bar No. 215492)
2  James P. Keenley (State Bar No. 253106)
   BOLT KEENLEY KIM LLP
3  1010 Grayson Street, Suite Three
   Berkeley, California 94710
4  Phone: (510) 225-0696
5  Fax: (510) 225-1095

6  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA TAHARA, | Case No.: 5:16-cv-2091 BLF |
| Plaintiff, | **AMENDED JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

## JOINT STIPULATION

WHEREAS, on May 19, 2016 the Court set a Case Management Conference for August 11, 2016 at 11:00 A.M. (Doc. #13); and

WHEREAS, both counsel for Plaintiff and counsel for Defendant will be out of town and unavailable on August 11, 2016, due to previously scheduled vacations with their respective families;

WHEREFORE, the Parties stipulate to request a continuance of the case management conference to August 24, 2016 at 11:00 A.M., with the Joint Case Management Statement to be due on August 17, 2016.

IT IS SO STIPULATED.

Dated:  May 27, 2016

                                          BOLT KEENLEY KIM LLP

                                        By:  /s/ Brian H. Kim
                                              Brian H. Kim
                                              Attorneys for Plaintiff

Dated:  May 27, 2016

                                          HINSHAW & CULBERTSON LLP

                                        By:  /s/ J. Russell Stedman
                                              J. Russell Stedman
                                              Attorneys for Defendant

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The Court, having reviewed the stipulation of the parties and good cause showing hereby continues the Case Management Conference currently set for August 11, 2016 to August 24, 2016 at 11:00 A.M. in Courtroom 3, 5th Floor of the San Jose Courthouse.  The Joint Case Management Statement shall be due by August 17, 2016.

IT IS SO ORDERED.

Dated

Hon. Beth L. Freeman
United States District Judge

Case No.: 5:16-cv-2091 BLF                   2                  AMENDED JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE